**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Kurt B. Arnold
Arnold & Itkin
6009 Memorial Dr.
Houston TX 77007

Noah Wexler
Arnold & Itkin
6009 Memorial Dr.
Houston TX 77007

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on December 2, 2020

**REHEARING ACTION: December 2, 2020**

**Docket Number: 20   00381-CW**

**SUCCESSION OF BRIEANNA DESCANT**

**Writ Application from Avoyelles Parish Case No. 2019909998**

**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. Sylvia R. Cooks**
    **Hon. John E. Conery**
    **Hon. D. Kent Savoie**
    **Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Derrick Descant** has this day been

    **DENIED.**

cc: Joshua M. Lewis, In Proper Person
    Michael Kevin Cox, Counsel for the Applicant
    Somer G. Brown, Counsel for the Applicant
    Jerry Lytel Lavespere, Jr., Counsel for the Applicant